ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUN - 7 2016
James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

JESSE AARON MILLER

Criminal Indictment

No. 1 16-CR-200

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the Grand Jury, but at least by May 20, 2014, in the Northern District of Georgia, the defendant, JESSE AARON MILLER, knowingly received at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction having been (a) produced using minors engaging in sexually explicit conduct and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

**Count Two**

Beginning on a date unknown to the Grand Jury, but at least by May 20, 2014, in the Northern District of Georgia, the defendant, JESSE AARON MILLER, knowingly possessed a computer and external hard drive that contained at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction having been (a)

produced using a minor engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**Count Three**

In or about February 2015, in the Northern District of Georgia, the defendant, JESSE AARON MILLER, did knowingly access with intent to view at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A True BILL

FOREPERSON

JOHN A. HORN
*United States Attorney*

PHYLLIS CLERK
*Assistant United States Attorney*
Georgia Bar No. 095235
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181